■ In the Matter of TILA AZEEM, Appellant, v DAVID JAMES MURPHY, Respondent. [30 NYS3d 821]—

Appeal from order, Supreme Court, New York County (Eileen Bransten, J.), entered on or about November 12, 2015, which declined to sign petitioner's order to show cause seeking a stay of an arbitration, unanimously dismissed, without costs, as taken from a nonappealable paper.

The court's order declining to sign petitioner's order to show cause is not appealable (*M & J Trimming v Kew Mgt. Corp.*, 254 AD2d 21 [1st Dept 1998]; *see also McKanic v Amigos del Museo del Barrio*, 74 AD3d 639 [1st Dept 2010], *appeal dismissed* 16 NY3d 849 [2011], *lv denied* 17 NY3d 705 [2011], *rearg denied* 17 NY3d 856 [2011]; CPLR 5701 [a] [2]).

Even if the matter were properly before us, we would find that petitioner is not entitled to a stay of the pending arbitration between the parties (*see* CPLR 7503 [b]; 7502 [b]). The amended statement of claim filed in the arbitration is timely, since it simply provides more details to support the timely original claim (*see Robinson v Canniff*, 22 AD3d 219, 220 [1st Dept 2005]). Concur—Friedman, J.P., Acosta, Saxe, Gische and Webber, JJ.